THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN POLLAK, Appellant.—

No opinion. Close, P. J., Carswell and Adel, JJ., concur; Taylor and Lewis, JJ., dissent, vote to reverse the judgment of conviction, to dismiss the information, to discharge the defendant, and to remit the fine, on the ground that the evidence failed to establish the guilt of the defendant beyond a reasonable doubt.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING SAVINGS BANK, Respondent, against CLYDE HOWES, as Assessor of the Village of Pelham Manor, et al., Appellants.—

Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

ROBERT W. ROBINSON, Appellant, v. CITY OF NEW YORK, Respondent, et al., Defendants.—

Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.